HEINZ J. MAHLER - #3832
IAN L. QUIEL - #15232
KIPP AND CHRISTIAN, P.C.
*Attorneys for Defendant Team Drive-Away, Inc.*
10 Exchange Place, 4th Floor
Salt Lake City, Utah   84111
Telephone: (801) 521-3773
hjmahler@kippandchristian.com
iquiel@kippandchristian.com

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ZLATIJA RUJEVIC,<br><br>  Plaintiff,<br><br>vs.<br><br>TEAM DRIVE-AWAY, INC. an Ohio corporation, and its agents and employees, and LURIA WEBER, an individual,<br><br>  Defendants. | Case No. 4:19-cv-00010-DN-PK<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation of the parties hereto, by and between their respective counsel of record, Plaintiff Zlatija Rujevic and Defendants Team Drive-Away, Inc. and Luria Weber hereby move the Court for an Order dismissing the above-entitled action with prejudice and upon the merits, each party to bear their own fees and costs. The grounds for this Stipulated Motion are that the parties have reached a full and complete settlement of all claims in this action.

DATED this 3rd day of April, 2019.

KIPP AND CHRISTIAN, P.C.

 */s/ Heinz J. Mahler*
_____
HEINZ J. MAHLER
IAN L. QUIEL
Attorneys for Team Drive-Away, Inc.

DATED this 3rd day of April, 2019.

                                              SIEGFRIED & JENSEN

                                              */s/ Mark R. Taylor (with permission)*
                                              _____
                                              MARK R. TAYLOR
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On this 3rd day of April, 2019, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** to be electronically filed through the Utah State Court and served upon the following:

Mark R. Taylor
SIEGFRIED & JENSEN
mark@sjatty.com
*Attorney for Plaintiff*


*/s/ Laura S. Evans*
_____
Laura S. Evans, Legal Secretary
KIPP AND CHRISTIAN, P.C.