IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZLATIJA RUJEVIC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TEAM DRIVE-AWAY, INC. an Ohio corporation, and its agents and employees, and LURIA WEBER, an individual,<br><br>　　　　　Defendants. | **ORDER GRANTING [24] STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:19-cv-00010-DN-PK<br><br>District Judge David Nuffer |

Based upon the Parties' Stipulated Motion for Dismissal with Prejudice (the "Motion"),[1] and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. Plaintiff Zlatija Rujevic's Complaint[3] against Defendants Team Drive-Away, Inc. and Luria Weber is dismissed with prejudice. Each party is to bear their own costs and fees.

The Clerk is directed to close the case.

Signed April 4, 2019.

BY THE COURT:

_David Nuffer_ (signature)

David Nuffer
United States District Judge

---

[1] Stipulated Motion to Dismiss with Prejudice, docket no. 24, filed April 3, 2019.

[2] *Id.*

[3] Notice of Removal, Exhibit A, State Court Complaint, docket no. 2-1, filed January 29, 2019.