IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZLATIJA RUJEVIC,<br><br>   Plaintiff,<br><br>vs.<br><br>TEAM DRIVE-AWAY, INC. an Ohio corporation, and its agents and employees, and LURIA WEBER, an individual,<br><br>   Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:19-cv-00010-DN-PK<br><br>District Judge David Nuffer |

  IT IS HEREBY ORDERED that Plaintiff Zlatija Rujevic's Complaint[1] against Defendants Team Drive-Away, Inc. and Luria Weber is dismissed with prejudice.

  Signed April 4, 2019.

BY THE COURT:

_David Nuffer (signature)_

David Nuffer
United States District Judge

---

[1] Notice of Removal, Exhibit A, State Court Complaint, docket no. 2-1, filed January 29, 2019.